IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEEPA LEAHONA SCHWENKE,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:08-CR-3 TS |

This matter is before the Court on the government's Motion for Early Termination of Supervised Release. The government moves to terminate Defendant's remaining term of supervision based on her successful completion of and graduation from the RISE Drug Court Program.

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an

1

offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Considering these factors, and in light of her successful completion of the RISE Drug Court Program, the Court finds that termination of Ms. Schwenke's supervised release is both warranted by her conduct and is in the interests of justice. Therefore, for the reasons stated at the March 12, 2013 hearing, it is hereby

ORDERED that the government's Motion for Early Termination of Supervised Release (Docket No. 142) is GRANTED.

Defendant's term of supervised release is hereby terminated.

DATED   March 13, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge